| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| DAN DALE KELLY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:04-CV-479 |
| | § | |
| OFFICER SCOTT G. LISENBY, | § | |
| in his Individual and Official | § | |
| Capacities, SERGEANT AL | § | |
| JOHNSON, in his Individual and | § | |
| Official Capacities, OFFICER | § | |
| FRANK COFFIN, OFFICER S.K. | § | |
| TOLLEY, and TWO UNKNOWN | § | |
| OFFICERS OF THE BEAUMONT | § | |
| POLICE DEPARTMENT, in their | § | |
| Individual and Official Capacities, and | § | |
| THE CITY OF BEAUMONT, TEXAS, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on July 28, 2004.  The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**.  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.  It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED** as

moot.

SIGNED at Beaumont, Texas, this 15th day of September, 2006.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE